AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| JaM Cellars, Inc. *Plaintiff(s)* v. Vintage Wine Estates, Inc. *Defendant(s)* | Civil Action No. 4:17-cv-01133-KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Vintage Wine Estates, Inc.
　　　　　　　　　　　　　　　　　　　205 Concourse Boulevard
　　　　　　　　　　　　　　　　　　　Santa Rosa, CA 95403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Paul W. Reidl, Esq.
　　　　　　　　　　　　　　　　　　Law Office of Paul W. Reidl
　　　　　　　　　　　　　　　　　　285 Troon Way
　　　　　　　　　　　　　　　　　　Half Moon Bay, CA 94019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Susan Y. Soong*

Date: 　03/06/2017　　　　　　　　　　　　　　　　　　　　　　　*Cynthia J. Lenahan*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*